# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JEFFERY JOHNSTON                                                            PLAINTIFF

V.                       NO. 3:18-CV-114-BD

SOCIAL SECURITY ADMINISTRATION                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 9th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE